IN THE COURT OF APPEALS OF THE
STATE OF OREGON

(150 P3d 1113)

STATE OF OREGON,
*Respondent,*

*v.*

ELMER BIGALOW COZAD, JR.,
*Defendant-Appellant.*

Coos County Circuit Court
02CR0825

A119560

## ORDER VACATING COURT'S DECISION

On October 29, 2003, the court issued its decision affirming without opinion (190 Or App 397, 79 P3d 916). By order dated February 5, 2004, the court gave appellant's counsel leave to file a motion to vacate the court's decision. It does not appear that counsel filed a motion to vacate; however, in due course, this case was rebriefed and is now at issue.

The court on its own motion vacated its October 20, 2003, decision.

January 4, 2007                              David V. Brewer,
                                                       Chief Judge